# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-02419-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,418.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 10). The Court having reviewed said motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States has waived the filing of a claim and answer from sole claimant Erik Roybal;

THAT no other parties have filed a claim to defendant $8,418.00 in United States currency;

THAT the United States and sole claimant Erik Roybal have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, Erik Roybal forfeits to the United States all right, title, and interest to $7,000.00 of defendant $8,418.00 in United States currency. The United States agrees to return $1,418.00 of defendant $8,418.00 in United States currency to claimant Erik Roybal.

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $7,000.00 of defendant $8,418.00 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant $8,418.00 pursuant to 28 U.S.C. § 2465.

SO ORDERED this ___11th___ day of March, 2009

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge